UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-01555-WLH-AJR | Date | April 3, 2026 |
|---|---|---|---|
| Title | *Gloria Esmeralda Rivas-Garcia et al Warden, Adelanto ICE Processing et al* | | |

Present: The Honorable    WESLEY L. HSU, United States District Judge

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:    (IN CHAMBERS) ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [7] [9]**

The Court is in receipt of Petitioners' First and Second Ex Parte Applications for Temporary Restraining Order (the "Applications") (Dkt. Nos. 7, 9). Based on this Court's review of the Applications and the evidence submitted in support of the Applications (which consists of the exhibits attached to the First Application), Petitioners have failed to carry their burden of establishing that either is likely to succeed on the merits of their claims because it seems to the Court, based on what has been presented, that only the Ninth Circuit has jurisdiction to review Petitioners' challenge to the BIA proceedings. In addition, Petitioners have failed to point to a sufficient statutory or regulatory basis to challenge their detention in this Court. Given the failure to establish a likelihood of success on the merits, the Court declines to analyze the remaining *Winters* factors. For these reasons, the Court **DENIES** the Applications.

**IT IS SO ORDERED.**