

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GLORIA ESMERALDA RIVAS-GARCIA and EDWIN ERNEST GONZALEZ-RIVAS,

                Petitioners,

      v.

WARDEN, ADELANTO ICE PROCESSING CENTER, ET AL.,

                Respondents.

Case No. 5:26-cv-01555-WLH-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

The Court further notes that Petitioners are no longer in federal custody and have been removed to El Salvador. Because Petitioners have been removed from federal custody, the Petition is moot.

It is **ORDERED** that judgment be entered dismissing this action without prejudice for lack of subject matter jurisdiction.

It is further **ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioners at their current address of record, through their counsel of record, as well as all parties who have appeared in the action.

**IT IS SO ORDERD**.

DATED: June 1, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2