JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GLORIA ESMERALDA RIVAS-GARCIA and EDWIN ERNEST GONZALEZ-RIVAS,

                    Petitioners,

          v.

WARDEN, ADELANTO ICE PROCESSING CENTER, ET AL.,

                    Respondents.

Case No. 5:26-cv-01555-WLH-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: June 1, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE